UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEVIN WHITFIELD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHAMBERS BROADSPIRE SERVICES, INC.,<br><br>　　　　Defendant. | Case No. 2:25-cv-01049-GMN-EJY<br><br>**ORDER** |

Plaintiff, proceeding *pro se*, filed an Application to Proceed *in forma pauperis* ("IFP") together with a Complaint on June 12, 2025. ECF Nos. 1, 1-1. The IFP application is not on this Court's approved form and fails to include Plaintiff's financial affidavit, both of which are required under U.S. District Court for the District of Nevada Local Rule LSR 1-1. LSR 1-1 states: "[a]ny person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*. The application **must** be made on the form provided by the court and **must** include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities." (Emphasis added). Because Plaintiff did not submit his IFP application on the Court's form, his request to proceed without prepaying fees is denied without prejudice.

Further, Plaintiff's Complaint is not signed. Thus, this Court will not screen this document. Under Rule 11 of the Federal Rules of Civil Procedure, a plaintiff who is not represented by counsel is required to sign every pleading, including a complaint. Fed. R. Civ. P. 11(a). If Plaintiff chooses to refile his complaint, he must include all claims against all defendants whom Plaintiff wishes to pursue in his lawsuit, and the complaint **must** be signed. *Id*. *See also Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989). Moreover, the refiled complaint **must** be filed on this Court's approved civil rights complaint form.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Application to Proceed *in forma pauperis* (ECF No. 1) is DENIED without prejudice.

1

1  IT IS FURHTER ORDERED that that the Court will not screen Plaintiff's unsigned original Complaint (ECF No. 1-1). If Plaintiff choses to refile a complaint, the document must contain a short and plain statement describing the underlying case showing that Plaintiff is entitled to relief. Fed. R. Civ. P. 8(a)(2). Although the Federal Rules of Civil Procedure adopts a flexible pleading standard, Plaintiff still must give Defendant fair notice of his claims. The complaint **must** also be signed. Fed. R. Civ. P. 11.

IT IS FURTHER ORDERED that on or before **July 18, 2025**, Plaintiff must file a complete Application to Proceed *in forma pauperis* together with a signed complaint on the Court's approved forms.

IT IS FURTHER ORDERED that the Clerk of Court **must** send Plaintiff the Application to Proceed *in forma pauperis* for a non-prisoner together with the form Complaint and instructions for completing both.

IT IS FURTHER ORDERED that failure to comply with this Order will result in a recommendation to dismiss this matter in its entirety without prejudice.

DATED this 17th day of June, 2025.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE