# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KEVIN WHITFIELD,

                    Plaintiff,

      vs.

CHAMBERS BROADSPIRE SERVICES, INC., *et al.*

                Defendants.

Case No.: 2:25-cv-01049-GMN-EJY

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 9), of United States Magistrate Elayna J. Youchah, which recommends dismissing Plaintiff's Second Amended Complaint without prejudice and without leave to amend.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b). The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* R&R, ECF No. 9) (setting an August 6, 2025, deadline for objections).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 9), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiff's Second Amended Complaint (ECF No. 7) be **DISMISSED** without prejudice and without leave to amend in this Court. This dismissal will allow Plaintiff, if he so chooses, to file his complaint alleging battery and other state law claims against the named Defendants in the Eighth Judicial District Court.

**IT IS FURTHER ORDERED** that the Third Amended Complaint, (ECF No. 10), is **STRICKEN** because the Court's dismissal of the Second Amended Complaint does not allow for leave to amend.

The Clerk of Court is kindly directed to close this case.

Dated this  21  day of October, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court